**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00859-CR

### STEVEN GLENN ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56945-w**

## ORDER

Before the Court are appellant's Objection to Supplemental Clerk's Record filed on June 14, 2013, and Objection to Second Supplemental Clerk's Record filed on October 22, 2013. We **OVERRULE** the objections.

/s/     JIM MOSELEY
           JUSTICE